**Alan L. MEADOWS, Plaintiff—
Appellant,**

v.

**Lieutenant RAYNOR; Mr. Harris, Unit
Manager; Hinnian, Sgt.; Hollings-
worth, Sgt.; Moyle, c/o, Defendants—
Appellees.**

No. 04–7880.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2005.

Decided: Feb. 16, 2005.

Alan L. Meadows, Appellant pro se.

James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alan L. Meadows appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Meadows v. Raynor*, No. CA–03–506–BO (E.D.N.C. Nov. 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*